E-FILED 10/19/16
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LINCOLN HERITAGE LIFE INSURANCE COMPANY, INC., an Illinois corporation,<br><br>             Plaintiff,<br><br>v.<br><br>INGLEWOOD CEMETERY MORTUARY, INC., a California corporation; WESTERN MEMORIAL SERVICE CORPORATION, a California corporation; and DOES 1-20, inclusive,<br><br>             Defendants. | Case No. 2:16-cv-1050 PSG (JPRx)<br><br>(~~PROPOSED~~) ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Pursuant to the parties' joint stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice, in its entirety, against all parties. Each party is to bear their own attorneys' fees and costs.

Dated:   10/19/16

PHILIP S. GUTIERREZ
_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE